David E. UNDERHILL, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 02–3080.

United States Court of Appeals,
Federal Circuit.

Jan. 8, 2003.

Before CLEVENGER, SCHALL and
PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Terry W. McCORCKLE, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 02–3197.

United States Court of Appeals,
Federal Circuit.

Jan. 9, 2003.

Before RADER, SCHALL, and LINN,
Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and
considered it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.